IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
DEC -7 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:16cr92LG-RHW

JOSHUA FORAN   18 U.S.C. § 924(l)
　　　　　　　　18 U.S.C. § 922(j)

**The Grand Jury charges:**

COUNT 1

On or about July 2, 2015, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **JOSHUA FORAN**, stole and unlawfully carried away 5 firearms, that is, a Smith & Wesson Rifle, Model M&P 15, Caliber 556, Serial Number SR97903, a Ruger Pistol, Model SR-22, Caliber 22, Serial Number 361-96682, a Marlin Firearms Company Rifle, Model 15Y, Caliber 22, Serial Number 16669475, a Mosin-Nagant Rifle, Caliber 762, Serial Number RMN099368, and a Mosin-Nagant Rifle, Caliber 762, Serial Number RMN081107, which had all previously been shipped or transported in interstate or foreign commerce.

In violation of Sections 924(l) and 2, Title 18, United States Code.

COUNT 2

On or about July 2, 2015, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **JOSHUA FORAN**, knowingly possessed and concealed a stolen firearm, that is, a Ruger 22 Caliber Pistol, Serial Number: 361-96682, which had been shipped or transported in interstate or foreign commerce, knowing and having reasonable cause to

believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924(d)(1), Title 18, United States Code and Section 2461(c), Title 28, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 7th day of December, 2016.

UNITED STATES MAGISTRATE JUDGE

2